**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-2271**

KATHERINE HARRIS,

Plaintiff - Appellant,

v.

STATE OF NORTH CAROLINA; NORTH CAROLINA DEPARTMENT OF PUBLIC INSTRUCTION; NORTH CAROLINA TEACHERS AND STATE EMPLOYEES RETIREMENT SYSTEM; DR. BARRY SHEPHERD, In his official and individual capacity; KATHRYN AUGER, In her official and individual capacity; GARY AUSTIN, In his official and individual capacity,

Defendants - Appellees.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Robert J. Conrad, Jr., District Judge. (3:17-cv-00548-RJC-DSC)

Submitted: December 19, 2017                    Decided: December 21, 2017

Before SHEDD, AGEE, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Katherine Harris, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Katherine Harris appeals the district court's order denying relief on her 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Harris v. North Carolina*, No. 3:17-cv-00548-RJC-DSC (W.D.N.C. Oct. 2, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*